AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

**SUMMONS IN A CIVIL CASE**

UNITED STATES OF AMERICA

**V.**

ASTRATEL, INC., a Florida corporation;
EUGENE REGA, individually, and as an officer
of the corporation; and DON MANFREDONIA,
individually, and as an officer of the corporation,

CASE

## 00-06215

TO: (Name and address of defendant)

Astratel, Inc.

17100 Collins Ave., Suite 207

Sunny Isles Beach, FL 33160

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

NANCY LANGSTON, Assistant United States Attorney

U.S. Attorney's Office

99 NE 4th Street

Suite 300

Miami, FL 33132

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this
Court within a reasonable period of time after service.

### Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE    FEB 1 4 2000