AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ASTRATEL, INC., a Florida corporation;
EUGENE REGA, individually, and as an officer
of the corporation; and DON MANFREDONIA,
individually, and as an officer of the corporation,

SUMMONS IN A CIVIL CASE

CASE N  00-06215

TO: (Name and address of defendant)
Eugene Rega, President
17100 Collins Ave., Suite 207
Sunny Isles Beach, FL 33160

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

NANCY LANGSTON, Assistant United States Attorney
U.S. Attorney's Office
99 NE 4th Street
Suite 300
Miami, FL 33132

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                         FEB 14 2000
CLERK                                   DATE

(BY) DEPUTY CLERK