AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ASTRATEL, INC., a Florida corporation;
EUGENE REGA, individually, and as an officer
of the corporation; and DON MANFREDONIA,
individually, and as an officer of the corporation,

SUMMONS IN A CIVIL CASE

CASE I  00-06215

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

TO: (Name and address of defendant)

Donald Manfredonia

1566 NE 191st Street

Miami, FL 33179-4197

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

NANCY LANGSTON, Assistant United States Attorney

U.S. Attorney's Office

99 NE 4th Street

Suite 300

Miami, FL 33132

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Clarence Maddox**

CLERK

(BY) DEPUTY CLERK

FEB 1 4 2000

DATE