UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-06215

UNITED STATES OF AMERICA
    Plaintiff,

v.

ASTRATEL, INC., a Florida corporation;
EUGENE REGA, individually, and as an
officer of the corporation; and
DON MANFREDONIA, individually, and
as an officer of the corporation,
    Defendants.
_____/

CIVIL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____Yes  _X_ No

Respectfully submitted,

Thomas E. Scott
United States Attorney

By:   Nancy Langston
Nancy Langston
Assistant United States Attorney
Court Assigned No. A5500437
99 N.E. 4th Street, Suite 336
Miami, Florida 33132
Tel: 305-961-9012
Fax: 305-530-7139
Email: nancy.langston@usdoj.gov

