UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6215-CIV-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                              **ORDER TO SHOW CAUSE**

ASTRATEL, INC., a Florida
corporation, et al.,

        Defendants.
_____/

    THIS MATTER is before the Court, sua sponte. The Court's review of the court file reveals that the Plaintiff, United States of America, has failed to effect service of the Complaint upon the Defendants, Astratel, Inc., Eugene Rega, and Don Manfredonia. The Court calls the Plaintiff's attention to Federal Rule of Civil Procedure 4(m), which states that:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

    Therefore, it is

    **ORDERED AND ADJUDGED** that the Plaintiff shall file on or before ten (10) calendar days from the date of this Order, a Memorandum showing good cause for the failure to effect service of process or otherwise showing compliance with Federal Rule of Civil

Procedure 4(m), or shall file a voluntary dismissal of the aforementioned Defendant within the foregoing time period. Failure of the Plaintiff to timely file the aforementioned memorandum will result in dismissal of the above-named Defendant without prejudice and without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _21st_ day of June, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copy furnished:

Nancy Langston, Esq., AUSA
For Plaintiff