UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-06215-CIV-ZLOCH

UNITED SATES OF AMERICA

    PLAINTIFF,

v.

ASTRATEL, INC., a Florida
corporation; EUGENE REGA,
individually, and as an officer
of the corporation; and DON
MANFREDONIA, individually, and
as an officer of the
corporation,

    DEFENDANTS
_____/

### MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiff, United States of America (the "government"), moves the Court to enter a dismissal without prejudice of the above-captioned action. Despite reasonable efforts, the government has not been able to effect service of the Complaint upon the Defendants. The corporate defendant, Astratel, Inc., is now dissolved. The government's investigation has not been able to determine the whereabouts of the individual defendants to effect service of process. For the Court's convenience, a copy of a proposed order of dismissal without prejudice is submitted herewith.

Dated this 28th day of June, 2000.



```
                              Respectfully submitted,

Of Counsel:                   FOR THE UNITED STATES OF AMERICA:

EILEEN HARRINGTON             DAVID W. OGDEN
Associate Director for        Acting Assistant Attorney General
 Marketing Practices          Civil Division
Federal Trade Commission      U.S. Department of Justice
Washington, D.C.  20580
                              THOMAS E. SCOTT
                              United States Attorney
CRAIG TREGILLUS
Attorney
Federal Trade Commission  By: /s/ Nancy Langston
Washington, D.C.  20580
PHONE:  (202) 326-2970        Nancy Langston
FAX:    (202) 326-3395        Assistant U.S. Attorney
                              Court Assigned No. A5500437
                              99 N.E. 4th Street, Suite 336
                              Miami, Florida 33132
                              Tel: 305-961-9012
                              Fax: 305-530-7139
                              Email: nancy.langston@usdoj.gov


                              James O. Hearty
                              Trial Attorney
                              Office of Consumer Litigation
                              P.O. Box 386
                              Washington, D.C.  20044
                              Tel: 202-514-9471
                              Fax: 202-514-8742
                              Email: james.hearty@usdoj.gov
```