UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6215-CIV-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ASTRATEL, INC., et al.,

    Defendants.
_____/

**O R D E R**



THIS MATTER is before the Court upon the Plaintiff, the United States of America's Motion For Voluntary Dismissal Without Prejudice (DE 7). The Court having carefully reviewed said Motion (DE 7) and the entire court file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Plaintiff's Motion For Voluntary Dismissal Without Prejudice (DE 7), be and the same is hereby **GRANTED** as follows:

1. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

2. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___30th___ day of June, 2000.

                                      _____
                                      WILLIAM J. ZLOCH
                                      United States District Judge

Copy furnished:
Nancy Langston, Esq., AUSA

